UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Walter Ortega Cochancela,<br><br>       Petitioner,<br><br>-against-<br><br>Judith ALMODOVAR, Acting Director of the New York City Field Office of Immigration and Customs Enforcement; Kristi Noem, Secretary of the Department of Homeland Security; Pamela Bondi, Attorney General,<br><br>in their official capacities<br><br>       Respondents. | 1:25-CV-7448 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Based on the allegations in the petition, there is no jurisdiction in this District. *See Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004); *Khalil v. Joyce*, 771 F. Supp. 3d 268, 273 (S.D.N.Y. 2025). Since petitioner claims he is detained in Batavia, New York, **the petition should be refiled in the Western District of New York.** Upon receipt, petitioner should convey this order to the United States Attorney's Office for the Western District of New York, which should make all efforts to ensure that petitioner is not transferred out of the district pending the refiling of the petition. If there is any intent to transfer petitioner outside of the Western District of New York, the government should inform petitioner and this Court in advance.

SO ORDERED.

Dated: September 9, 2025
    New York, New York

                          _____
                            ARUN SUBRAMANIAN
                           United States District Judge