UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WALTER ORTEGA COCHANCELA,

    Petitioner,

v.

                              25-CV-927 (JLS)

JUDITH ALMODOVAR, *Acting Director of the New York City Field Office of Immigration and Customs Enforcement*, KRISTI NOEM, *Secretary of the Department of Homeland Security*, PAMELA BONDI, *Attorney General*,

    Respondents.

---

## ORDER

    Petitioner Walter Ortega Cochancela is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he is being detained in United States Immigration and Customs Enforcement custody pending removal proceedings in violation of the United States Constitution. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241. Dkt. 1. Petitioner paid the filing fee and is represented by counsel.

IT IS HEREBY ORDERED that, by **December 19, 2025**, Respondents shall file and serve an answer responding to the allegations in the petition; and it is further

ORDERED that, by **December 19, 2025**, Respondents shall file and serve, in addition to the answer, a memorandum of law addressing each issue raised in the petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that, by **December 19, 2025**, instead of an answer, Respondents may file a motion to dismiss the petition, accompanied by appropriate exhibits demonstrating that an answer to the petition is unnecessary; and it is further

ORDERED that, by **January 13, 2026**, Petitioner shall file a written response to Respondents' answer or motion to dismiss.  and it is further

Dated:   November 4, 2025
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE